IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY ALAN LESSOR,

    *Plaintiff*,

v.                                        Case No.: 5:25cv116-MW/MJF

MANAGEMENT AND TRAINING
CORPORATION, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

SO ORDERED on June 18, 2025.

                                        s/Mark E. Walker        
                                        **Chief United States District Judge**